No. 12,862.

ELLINGHAM v. THE BOARD OF COMMISSIONERS OF WELLS COUNTY ET AL.

From the Wells Circuit Court.

*N. Burwell*, for appellant.

*J. S. Dailey, L. Mock, A. Simmons, E. R. Wilson,* and *J. J. Todd,* for appellees.

ZOLLARS, J.—This case is precisely the same as the case of *Johnson* v. *Board, etc., ante,* p. 15, except that the appellant is a different person. Upon the authority of that case, the judgment is affirmed, at appellant's costs.

Filed June 16, 1886.

———————◆———————

No. 13,148.

MURPHY v. THE STATE.

From the Owen Circuit Court.

*E. C. Steele, D. E. Beem* and *W. Hickam,* for appellant.

*F. T. Hord,* Attorney General, and *W. B. Hord,* for the State.

NIBLACK. J.—The indictment in this case charged the appellant with having sold intoxicating liquor, in a less quantity than a quart and without a license, to one Samuel Baldon, on the 15th day of February, 18185, and, upon a motion to quash, was held to be sufficient by the circuit court. A trial resulted in the appellant's conviction of the offence charged.

Upon the authority of the case of *Murphy* v. *State,* 106 Ind. 96; the motion to quash the indictment ought to have been sustained.

The judgment is reversed and the cause remanded, with instructions to sustain the motion to quash the indictment.

Filed Sept. 15, 1886.